# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Raytheon Company | ) | ASBCA Nos. 61400, 61401 |
| | ) | |
| Under Contract Nos. W31P4Q-09-C-0508 | ) | |
| W31P4Q-09-C-0520 | ) | |

APPEARANCES FOR THE APPELLANT:
Steven M. Masiello, Esq.
Joseph G. Martinez, Esq.
K. Tyler Thomas, Esq.
  Dentons US LLP
  Denver, CO

APPEARANCES FOR THE GOVERNMENT:
Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
Frank A. March, Esq.
Harry M. Parent III, Esq.
  Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE PROUTY

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $7,500,000.00. This amount is inclusive of interest. No further interest shall be paid.

Dated: April 15, 2019

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur

_____            _____
RICHARD SHACKLEFORD                         OWEN C. WILSON
Administrative Judge                        Administrative Judge
Acting Chairman                             Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 61400, 61401, Appeals of
Raytheon Company, rendered in conformance with the Board's Charter.

Dated:


                                            _____
                                            JEFFREY D. GARDIN
                                            Recorder, Armed Services
                                            Board of Contract Appeals

2